People of the State of Illinois ex rel. Oscar Nelson, v.
Union State Bank of South Chicago et al.
Julius F. Smietanka, Trustee, Appellee, v. Charles H.
Albers, Receiver, Appellant.

Gen. No. 40,855.

opinion filed
November 26, 1940. Whitty & McGah, for appellant; William E. Moran,
of counsel; John T. Conlon, for appellee. Opinion by JUSTICE SCANLAN.
''Not to be published in full.''